# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MACKINTOSH, <br><br> Plaintiff <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:18-cv-07801-JC <br><br> **JUDGMENT** |

In accordance with the concurrently issued Order of Remand and the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to the Entry of Judgment, IT IS HEREBY ADJUDGED THAT this matter is remanded and reversed and that Judgment be entered in favor of Plaintiff and against Defendant.

IT IS SO ADJUDGED.

DATE: March 6, 2019                    /s/
                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE